UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number:  19-60470-CIV-MARTINEZ-SNOW**

E-J-A,

       Plaintiff,

vs.

JUAN AGUDELO, Assistant Field Office
Director, et al.,

       Defendants.

_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court on Petitioner's Notice of Voluntary Dismissal [ECF

No. 7], requesting dismissal of the Petition [ECF No. 1] in this case. After careful consideration

of the Notice of Voluntary Dismissal and the record in this action, it is

      **ORDERED AND ADJUDGED** that

1. This case is **DISMISSED.**

2. The Clerk is directed to **CLOSE** this case.

3. Any pending motions are **DENIED as MOOT.**

      DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of March, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record